# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2010

139828

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY B. GRUBBS,
      Defendant-Appellant.

SC: 139828
COA: 293169
Wayne CC: 06-012043-FC

_____/

      On order of the Court, the application for leave to appeal the September 1, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for correction of the judgment of sentence to reflect 33 days' sentence credit for the defendant's manslaughter sentence. The circuit court shall forward a copy of the amended judgment of sentence to the Department of Corrections.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2010 _____

_____
Clerk

p0303